UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, James C. Wells having been duly sworn, state;

### Identity of Law Enforcement Officer Making Request

1. I am a Special Agent with the Department of Homeland Security, Federal Protective Service, and have been since January 2009. I am currently assigned to the Nashville, Tennessee area of responsibly, investigating violations of federal law in the Middle District of Tennessee and the Western District of Kentucky. I am a sworn federal law enforcement officer and have authority to investigate federal offenses pursuant to Title 18 of the United States Code. I am certified to work as a criminal investigator with Federal Protective Service after completing the Federal Law Enforcement Training Center's (FLETC) Criminal Investigator Training Program in Glynco Georgia. I was a uniformed police officer (Inspector) with Federal Protective Service from October of 2005 to January 2009. I was certified to work as an Inspector with FPS after completing FLETC's Mixed Basic Police Training Program in Glynco, Georgia.

2. The statements contained in this affidavit are based in part on information I have learned through my own investigation, experience, and background as an FPS Special Agent, the statements are also based on information gained from other law enforcement officials and individuals who have assisted in this investigation. Not every fact known has been placed

in this affidavit. This affidavit is being submitted for the purpose of a criminal complaint. I have not included each and every fact known to me concerning this investigation.

**Offenses Being Committed**

3. Edward D. FARMER poured an ignitable liquid on the exterior doors of the Federal Courthouse, located at 601 West Broadway, Louisville Kentucky.  FARMER then ignited the liquid causing a fire and subsequent damage to the doors and marble entryway to the Federal Courthouse in violation of 18 U.S. Code § 844 (f) (Arson-Malicious Damage to Federal Property) and 18 U.S. Code § 1361 (Destruction of Government Property).

**Facts Establishing Probable Cause**

4. On April 27, 2024, the Federal Protective Service (FPS), Battle Creek Mega Center (BCMC) was contacted by Louisville Metro Arson Bureau (LMAB).  LMAB reported a fire had been intentionally set at the Federal Courthouse located at 601 West Broadway, Louisville Kentucky.

5. On April 27, 2024, I was contacted by FPS, Area Commander Joeseph Gigold and provided the details known to him, regarding the incident.

6. On April 29, 2024, I was assigned as the Lead Investigator for the FPS investigation.

7. On May 1, 2024, I was provided a copy of the facilities CCV by the USMS.  The video contains views of the 7th and 6th Street doors as well as FARMERS approach to the

building from the west on Broadway. I reviewed the CCV provided by the USMS and captured multiple still images from the CCV. A summary of this video footage is as follows:

8. On April 27, 2024, at approximately 0535 hours, an individual later identified as Edward Dale FARMER (DOB 11/26/1990) approached the Gene Snyder Federal Courthouse, located at 601 West Broadway, Louisville, Kentucky 40202. FARMER was observed walking east down Broadway and crossed 7th Street. FARMER carried a yellow fuel container in his left hand. FARMER approached the 7th and Broadway entrance doors and poured an ignitable liquid on the exterior of the doors. FARMER ignites the liquid causing a fire on the exterior of the facility.

9. FARMER walked east down Broadway and approached the 6th and Broadway entrance doors. Moments later a large fire can be observed on the video at the 6th and Broadway entrance.

10. FARMER then returned to the 7th and Broadway entrance and poured additional ignitable liquid from the fuel can onto the entrance doors. FARMER again ignited the liquid, causing a fire.

11. FARMER removed a wireless telephone from his right-side pocket. In the surveillance video, FARMER appears to begin recording the incident using the wireless telephone device. This incident was captured on the courthouse closed circuit video system. Images captured on the CCV appear to show the wireless telephone capturing video and or images of the fire.

12. The burning ignitable liquid and subsequent fire caused charring and sooting, damage to the brass plated exterior doors and the marble entryway.  A GSA cost estimate is pending.  However, according to a GSA representative, recent repairs and refinishing to the doors had cost GSA approximately $500,000.

13. The following still images were captured from the facility CCTV provided by the USMS.

14. Photos 1 and 2 depict FARMER carrying the fuel container to the 7th and Broadway entrance.





15. Photos 3 and 4 depict FARMER igniting accelerant and causing fire.





16. Photos 5, 6 and 7 depict FARMER using wireless telephone device.







17. Photos 8,9,10,11,12,13, and 14 depict charring and sooting damage to facility doors and marble entryway.















18. Louisville Metro Arson Bureau (LMAB) Sergeant Cameron Metz provided a copy of their incident report (24-01-14329-06) on May 1, 2024.

19. According to LMAB Louisville Metro Fire Department, Engine 17 was dispatched to a commercial fire at 601 West Broadway.  Upon arrival a fire was discovered against the exterior doors of the Federal Courthouse.

20. Engine 17 requested LMPD to the scene due to the fact they believed a Crisis Intervention Team (CIT) intervention was necessary to respond to assist FARMER.

21. LMAB Investigator arrived on scene.  FARMER made several spontaneous utterances, in varying degrees but mainly revolving around the fact that FARMER set the courthouse on fire.

22. FARMER was transported to the Louisville Metro Corrections Facility.  While at the facility FARMER was asked by Jail Officials if he had been pepper sprayed or tazed. FARMER replied, "Hell nah I just burned the Federal Courthouse."

## Conclusion

23. Based on the evidence gathered in this investigation, Affiant believes there is sufficient probable cause to believe arrest EDWARD FARMER for violation of Title 18 U.S. Code § 844 (f) (Arson-Malicious Damage to Federal Property) and Title 18 U.S. Code § 1361 (Destruction of Government Property).


__/s/ James Wells_____

James C. Wells
Special Agent, Federal Protective Service

Sworn to me and subscribed by telephone in accordance with Fed. R. Crim. P. 4.1 and 41(d)(3) this

2nd Day of May, 2024

_____

Colin H. Lindsay
United States Magistrate Judge